Jerald W. FITZWATER; Iris F. Fitzwater; Bishop A. Louis Vaughn, Sr., also known as Alton Louis Vaughn, Sr., Appellants,

v.

J. Skipper RAY, In his Professional Capacity as State of Arkansas Practicing Attorney and in his Personal Capacity; Polly Leimberg, In her Official Capacity as Boon County, Arkansas Circuit Court Trial Court Assistant and in her Personal Capacity; Gordon Webb, In his Official Capacity as Boone County, Arkansas Circuit Court Judge (Division 4) and in his Personal Capacity; Kimberly Woodyard, In her Official Capacity as State of Arkansas Practicing Attorney and in her Personal Capacity; Gail Inman–Campbell, In her Professional Capacity as State of Arkansas Practicing Attorney and in her Personal Capacity; Wilson and Associates, P.L.L.C., In its Professional Capacity as State of Arkansas Corporation and in its Legal Capacity; Sammy Green, In his Professional Capacity as Manager/Owner of Advanced Moving and Storage, Inc. and in his Personal Capacity; Advanced Moving and Storage, Inc. In its Professional Capacity as State of Arkansas Corporation and its Legal Capacity; Roger Turner, In his Professional Capacity as Manager/Owner of Re Max Unlimited, Inc. and in his Personal Capacity; Re Max Unlimited, Inc. In its Professional Capacity as State of Arkansas Corporation and in its Legal Capacity; Jeremiah W. Jay Nixon, In his Official Capacity as State of Missouri Attorney General, In his Professional Capacity as State of Missouri Practicing Attorney and in his Personal Capacity; Ronald James Carrier, In his Official Capacity as State of Missouri Assistant Attorney General, in his Professional Capacity as State of Missouri Practicing Attorney and in his Personal Capacity; Joshua David Harrel, In his Official Capacity as State of Missouri Assistant Attorney General, In his Professional Capacity as State of Missouri Practicing Attorney and in his Personal Capacity; Margie Lamarre, In her Official Capacity as State of Missouri Employee, and in her Personal Capacity, Appellees.

No. 08–2955.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 9, 2009.

Filed: Nov. 13, 2009.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Jerald Fitzwater, Iris Fitzwater, and Bishop A. Louis Vaughn, Sr., appeal the District Court's[1] order dismissing their complaint without prejudice for failure to comply with an order directing them to file within fourteen days an amended complaint in conformity with Rule 8 of the Federal Rules of Civil Procedure. Following careful review, we find no abuse of discretion. *See Mangan v. Weinberger*, 848 F.2d 909, 911 (8th Cir.1988) (abuse of discretion review of Fed.R.Civ.P. 41(b) dismissal for failure to comply with Fed. R.Civ.P. 8) *cert. denied*, 488 U.S. 1013, 109 S.Ct. 802, 102 L.Ed.2d 793 (1989). We further conclude that all other issues and

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

---

arguments raised by plaintiffs on appeal are meritless.

Accordingly, we affirm. *See* 8th Cir. R. 47B.